**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| MICHAEL ANTHONY LORUSSO, | : | |
| | : | |
| Plaintiff, | : | |
| v. | : | Civil Action No. 22-0833 (UNA) |
| | : | |
| DONALD J. TRUMP, | : | |
| | : | |
| Defendant. | : | |

**MEMORANDUM OPINION**

Plaintiff alleges that the former President of the United States and those allied with him lied to the American public about voter fraud and caused the events of January 6, 2021, to have occurred at the United States Capitol. Plaintiff attributes to the former President not only the deaths of United States Capitol Police officers, but also deaths that a vaccination for the COVID-19 virus may have prevented. Plaintiff demands that the former President face murder charges.

The Court cannot grant the relief plaintiff seeks. The decision to investigate or to prosecute a particular case is left to the Executive Branch of the government, not the judiciary. *See Heckler v. Chaney*, 470 U.S. 821, 831 (1985) (noting that "an agency's decision not to prosecute or enforce, whether through civil or criminal process, is a decision generally committed to an agency's absolute discretion"); *United States v. Nixon*, 418 U.S. 683, 693 (1974) (acknowledging that the Executive Branch "has exclusive authority and absolute discretion to decide whether to prosecute a case").

The Court, therefore, will grant plaintiff's application to proceed *in forma pauperis* and dismiss the complaint for failure to state a claim upon which relief can be granted. An Order is

1

issued separately.

DATE: March 29, 2022                    /s/
                                        AMIT P. MEHTA
                                        United States District Judge